866 F.2d 1408
 Cherilla (William M.), Baker (Raymond H.), Beros (James M.),
Davis (Jerry A.), Dillner (William J., Jr.), Glass
(Richard), Hutchinson (James H., Jr.), O'Connor (John P.),
Sansotta (Nicholas A.), Zaucha (Joseph E.), Trustees of
Western Pennsylvania Teamsters, Employers Pension Fund
v.
Lickert (William E.), Mastre (Frank)
 NO. 88-3480
 United States Court of Appeals,
Third Circuit.
 DEC 07, 1988
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.